### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| ANNE NEWBOLD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br><br>        Defendant. | Case No. 3:25-cv-00002-GNS |

### PRAECIPE TO ATTACH

To the Prothonotary:

Kindly attach Exhibit A, the Civil Cover Sheet attached herein, to ECF No. 1, which was erroneously omitted from the Plaintiff's Complaint. (ECF No. 1).

RESPECTFULLY SUBMITTED AND DATED this January 7, 2025.

                                        */s/ Andrew Roman Perrong*
                                        Andrew Roman Perrong, Esq.
                                        Perrong Law LLC
                                        2657 Mount Carmel Avenue
                                        Glenside, Pennsylvania 19038
                                        Phone: 215-225-5529 (CALL-LAW)
                                        Facsimile: 888-329-0305
                                        a@perronglaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

                                        */s/ Andrew Roman Perrong*
                                        Andrew Roman Perrong, Esq.