# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
Louisville DIVISION

ANNE NEWBOLD

-vs-  Case No.: 3:25-cv-00002

JEFFERSON CAPITAL SYSTEMS LLC

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Anthony Paronich, is permitted to argue or try this case in whole or in part as counsel for Anne Newbold. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.

Greg N. Stivers, Chief Judge
United States District Court

January 15, 2025