**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:25-cv-00002-GNS**

*Electronically Filed*

**ANNE NEWBOLD**                                                                                    **PLAINTIFF**

**v.**

**JEFFERSON CAPITAL SYSTEMS, LLC**                                                **DEFENDANT**

## NOTICE OF APPEARANCE

Please take notice that Timothy B. George, Esq. and Danielle J. Lewis, Esq. of Reminger Co., L.P.A., undersigned, hereby enter their appearance as counsel on behalf of Defendant Jefferson Capital Systems, LLC. The undersigned respectfully request that they be copied on all correspondences and pleadings in this matter.

Respectfully submitted,

**REMINGER CO., L.P.A.**

 */s/ Timothy B. George*
Timothy B. George, Esq.
Danielle J. Lewis, Esq.
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, Kentucky 40202
T: (502) 584-1310
F: (502) 598-5436
E: tgeorge@reminger.com
   dlewis@reminger.com
*Counsel for Defendant, Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that on 16th day of January 2025, a copy of the above was electronically filed with the Eastern District of Kentucky CM/ECF and electronically mailed to all counsel of record.

                                               */s/ Timothy B. George*
                                               Timothy B. George, Esq.
                                               *Counsel for Defendant, Jefferson Capital Systems, LLC*