## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## Louisville    DIVISION

ANNE NEWBOLD

-vs-                                                         Case No.: 3:25-cv-00002

Jefferson Capital Systems LLC

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Brian D. Roth _____, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Jefferson Capital Systems LLC in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Sessions, Israel, & Shartle

   with offices at

   Mailing address:      3838 N. Causeway Blvd., Suite 2800

   City, State, Zip Code: Metairie, La 70002

   Telephone:            504-828-3700

   E-Mail:               broth@sessions.legal

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| See Exhibit A | | |
| | | |
| | | |
| | | |
| | | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____
_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☑ on-line tutorial authorized class room training OR ☐ other method Please explain:

_____
_____
_____

6. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Brian D. Roth** to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

Timothy B. George, Jr.          Signature
731 West Main Street, Suite 300
                                Mailing Address
Louisville, Kentucky
                                City/State
40202
                                Zipcode
(502) 625-7294
                                Telephone
TGeorge@reminger.com
                                Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.