**EXHIBIT A**

LIST OF STATES AND COURTS ADMITTED OR LICENSED TO
PRACTICE LAW IN:

| STATE COURTS: | ADMITTED: | STATUS | BAR NO. |
|---|---|---|---|
| All Louisiana State Courts | 04/23/1993 | Active | 22148 |
| All North Carolina State Courts | 08/01/1991 | Active | 18415 |

| FEDERAL COURTS: | | | |
|---|---|---|---|
| USDC, Eastern District of Louisiana | 04/23/1993 | Active | 22148 |
| USDC, Middle District of Louisiana | 04/18/1997 | Active | 22148 |
| USDC, Western District of Louisiana | 05/10/1996 | Active | 22148 |
| USDC, Southern District of Indiana | 02/10/2017 | Active | |
| USDC, Northern District of Indiana | 01/24/2024 | Active | |
| USDC, Northern District of Illinois | 12/21/2004 | Active | 90785995 |
| USDC, District of Colorado | 12/17/2014 | Active | |
| USDC, Eastern District of Michigan | 01/02/2020 | Active | |
| USDC, Western District of North Carolina | 03/09/2021 | Active | 18415 |
| USDC, Middle District of North Carolina | 06/22/2021 | Active | 18415 |
| USDC, Eastern District of North Carolina | 07/23/2021 | Active | 18415 |
| US Court of Appeals 2nd Circuit | 02/04/2011 | Active | 22148 |
| US Court of Appeals 5th Circuit | 06/29/1999 | Active | 22148 |

| | | | |
|---|---|---|---|
| US Court of Appeals 6th Circuit | 02/22/2012 | Active | 22148 |
| US Court of Appeals 11th Circuit | 02/22/2012 | Active | 22148 |

US Court of Appeals 11t$^h$ Circuit          02/22/2012          Active          22148