## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## <u>Louisville</u>    DIVISION

<u>ANNE NEWBOLD</u>

-vs-

Case No.: <u>3:25-cv-00002</u>

<u>Jefferson Capital Systems LLC</u>

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u>Brian D. Roth</u>, is permitted to argue or try this case in whole or in part as counsel for <u>Jefferson Capital Systems LLC</u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.