**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| ANNE NEWBOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS LLC<br><br>Defendant. | Civil Case No.: 3:25-cv-00002 |

## NOTICE OF APPEARANCE

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: January 16, 2025          PLAINTIFF,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100