IN THE UNTITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANNE NEWBOLD, ) | |
| ) | |
| Plaintiff; ) | |
| ) | Case No. 3:25-cv-00002-GNS |
| v. ) | |
| ) | |
| JEFFERSON CAPITAL SYSTEMS, LLC ) | |
| ) | |
| Defendant. ) | |

## ANSWER

In Answer to the Complaint, defendant, Jefferson Capital Systems, Inc. ("JCAP") avers as follows:

1. The allegations in ¶ 1 constitute statements of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

2. JCAP admits plaintiff purports to bring a TCPA action as alleged in ¶ 2 but denies calling plaintiff using a pre-recorded voice.

3. JCAP denies the allegations in ¶ 3.

4. JCAP denies the allegations in ¶ 4.

5. JCAP denies the allegations in ¶ 5 for lack of knowledge or information sufficient to justify a belief therein.

6. JCAP admits its business location as alleged in ¶ 6 and that its business operations include the collection of debts. Except as specifically admitted, JCAP denies the allegations in ¶ 6.

7. JCAP does not contest jurisdiction but otherwise denies the allegations in ¶ 7 and leaves such matters to the Court.

8. JCAP does not contest personal jurisdiction but otherwise denies the allegations in ¶ 8.

9. JCAP does not contest venue but otherwise denies the allegations in ¶ 9.

10. The allegations in ¶ 10 constitute statements of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

11. The allegations in ¶ 11 constitute conclusions of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

12. The allegations in ¶ 12 constitute conclusions of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

13. The allegations in ¶ 13 constitute statements of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

14.     The allegations in ¶ 14 constitute statements of law to which no response is required. In the event a response is required, JCAP denies the allegations for lack of knowledge or information sufficient to justify a belief therein.

15.     JCAP admits that its business operations include the collection of debt. Except as specifically admitted, JCAP denies the allegations in ¶ 15.

16.     JCAP denies the allegations in ¶ 16.

17.     JCAP denies the allegations in ¶ 17 for lack of knowledge or information sufficient to justify a belief therein.

18.     JCAP denies the allegations in ¶ 18 for lack of knowledge or information sufficient to justify a belief therein.

19.     JCAP denies the allegations in ¶ 19 for lack of knowledge or information sufficient to justify a belief therein.

20.     JCAP admits upon information and belief that plaintiff has never been a JCAP customer. JCAP denies the remaining allegations in ¶ 20 for lack of knowledge or information sufficient to justify a belief therein.

21.     JCAP denies the allegations in ¶ 21 for lack of knowledge or information sufficient to justify a belief therein.

22.     JCAP denies the allegations in ¶ 22.

23.     JCAP denies the allegations in ¶ 23.

24.     JCAP denies the allegations in ¶ 24.

25.     JCAP denies the allegations in ¶ 25.

26. JCAP admits plaintiff represented she was the debtor being called and thereafter discussed the debt with the JCAP representative. Except as specifically admitted, JCAP denies the allegations in ¶ 26.

27. JCAP denies the allegations in ¶ 27 for lack of knowledge or information sufficient to justify a belief therein.

28. JCAP denies the allegations in ¶ 28 for lack of knowledge or information sufficient to justify a belief therein.

29. JCAP denies the allegations in ¶ 29.

30. JCAP denies the allegations in ¶ 30.

31. JCAP denies the allegations in ¶ 31.

32. JCAP denies the allegations in ¶ 32.

33. JCAP reasserts its forgoing responses.

34. JCAP admits plaintiff purports to bring this matter as a class action but denies the allegations in ¶ 34 and denies this action is maintainable as a class action.

35. JCAP admits plaintiff purports to identify a class but denies the allegations in ¶ 34 and denies this action is maintainable as a class action.

36. JCAP denies the allegations in ¶ 36.

37. JCAP admits plaintiff purports to exclude certain persons from the class but denies the allegations in ¶ 37 and denies this action is maintainable as a class action.

38. JCAP denies the allegations in ¶ 38.

39. JCAP admits plaintiff purports to seek the relief alleged but denies the allegations in ¶ 39 and denies plaintiff is entitled to any relief whatsoever.

40. JCAP denies the allegations in ¶ 40.

41. JCAP denies the allegations in ¶41.

42. JCAP denies the allegations in ¶42 and denies this action is maintainable as a class action.

43. JCAP denies the allegations in ¶43 and denies this action is maintainable as a class action.

44. JCAP denies the allegations in ¶44 and denies this action is maintainable as a class action.

45. JCAP denies the allegations in ¶45 and denies this action is maintainable as a class action.

46. JCAP denies the allegations in ¶46 and denies this action is maintainable as a class action.

47. JCAP denies the allegations in ¶47 and denies this action is maintainable as a class action.

48. JCAP denies the allegations in ¶48 and denies this action is maintainable as a class action.

49. JCAP denies the allegations in ¶49 and denies this action is maintainable as a class action.

50. JCAP denies the allegations in ¶ 50 for lack of knowledge or information sufficient to justify a belief therein.

51. JCAP reavers the forgoing responses.

52. JCAP denies the allegations in ¶ 51.

53. JCAP denies the allegations in ¶ 52.

54. JCAP denies the allegations in ¶ 54.

55. JCAP denies the allegations in ¶ 55.

JCAP denies plaintiff is entitled to the relief sought or to any relief whatsoever.  In further answer to the Complaint, JCAP asserts the following Affirmative Defenses.

1. Plaintiff is estopped from asserting the claims herein in that plaintiff falsely represented she was the debtor JCAP was attempting to reach.

2. Plaintiff is estopped from asserting the claims herein in that the recording on which plaintiff relies has been altered from the original.

Date: March 10, 2025              Respectfully submitted,

*/s/ Timothy B. George, Jr., Esq.*
Timothy B. George, Jr., Esq. (96249)
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, KY  40202
Telephone: (502) 625-7308
Facsimile: (502) 589-5436
Email: tgeorge@reminger.com
*Counsel for Defendant,*
*Jefferson Capital Systems, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was filed electronically on March 10, 2025, and a notice of electronic filing will be sent to all counsel of record filing herein.

*/s/ Timothy B. George, Jr., Esq*
Timothy B. George, Jr., Esq.
*Counsel for Defendant,*
*Jefferson Capital Systems, Inc.*