# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **ANNE NEWBOLD** : | |
| : | |
| **PLAINTIFF** : | **Civil Action No. 3:25CV-00002-GNS** |
| : | CHIEF JUDGE GREG N. STIVERS |
| v. : | |
| : | |
| **JEFFERSON CAPITAL SYSTEMS LLC** : | |
| : | |
| **DEFENDANT** : | |

## ORDER

Pursuant to the Federal Rules of Civil Procedure, the Court hereby **ORDERS**:

1. **Magistrate Judge Colin H. Lindsay** will conduct a **telephonic** **Rule 16 Scheduling Conference** on **April 23, 2025 at 10:15 AM EDT.** The conference will be conducted **telephonically. Counsel for the Parties shall connect to the conference by dialing 1-650-479-3207 and entering access code 2319 759 1660. Attendees should press # to skip entry of an attendee or host code. Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be schedule, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. Fed. R. Civ. P. 16(c) and (f).

Requests for a change of the conference date shall be made to the **case manager Theresa Burch at theresa_burch@kywd.uscourts.gov or at (502)**

**625-3546**, **no later than seven (7) days prior to the conference. No cell phone participation will be permitted.**

    2.    The agenda for the conference shall include all of the items set forth in Rule 16(c), Federal Rules of Civil Procedure, including but not limited to:

        a.    The formulation and simplification of the issues.

        b.    Admissions of fact, stipulations and avoidance of cumulative evidence.

        c.    Consideration of the discovery plan and review of the automatic initial required disclosures.

        d.    The possibility of settlement or the use of alternative methods of dispute resolution, including mediation.

        e.    The need to adopt special procedures for managing potentially difficult or complex issues.

    3.    **No later than April 2, 2025,** counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the nature and basis of their claims and defenses, the possibilities for a prompt settlement or resolution of the case, the exchange of initial disclosures required by Rule 26(a)(1) and to develop a proposed litigation plan.

    4.    **No later than April 16, 2025,** counsel for the parties shall file a written joint report outlining the proposed discovery plan.  This report shall advise the Court as to the following information:

        a.    the parties' views and proposals required by Rule 26(f);

        b.    the length of time counsel reasonably believes will be necessary to join other parties and to amend the pleadings;

        c.    the length of time counsel reasonably believes will be necessary to file dispositive motions; in setting a dispositive motion deadline, the Court will establish the same date for the filing of Daubert motions;

        d.    the length of time counsel reasonably believes will be

      necessary to complete all pretrial discovery, including expert witness discovery;

   e. the length of time counsel reasonably believes will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case;

   f. the probable length of trial and whether there will be issues to submit to a jury; and

  5. The joint report referred to in paragraph 4 should also contain a statement as to whether the parties have discussed referral of this case to the United States Magistrate Judge for all purposes in the case, including trial, entry of a final judgment, and all post judgment proceedings, pursuant to Title 28 United States Code, Section 636(c) and Rule 73 of the Federal Rules of Civil Procedure and LR 73.1. (See Notice at Docket Number 18 on the Docket Sheet for consent form.)

  6. If there is disagreement between the parties as to the specifics of the proposed litigation plan, the parties shall set out the nature of the disagreement in their joint report.

          CHIEF JUDGE GREG N. STIVERS
          UNITED STATES DISTRICT COURT
          JAMES J. VILT, JR., CLERK

Date: <u>March 10, 2025</u>    By: /s/ *Traci J. Duff*
            Traci J. Duff, Deputy Clerk

Copies to: Counsel of record
     Theresa Burch