# IN THE UNTITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| ANNE NEWBOLD, )<br>)<br>Plaintiff; )<br>) Case No. 3:25-cv-00002-GNS<br>v. )<br>)<br>JEFFERSON CAPITAL SYSTEMS, LLC )<br>)<br>Defendant. ) | |

### JEFFERSON CAPITAL SYSTEMS, LLC'S
### UPDATED CORPORATE DISCLOSURE STATEMENT

Defendant, Jefferson Capital Systems, LLC, by and through the undersigned counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement, and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Jefferson Capital Systems, LLC is wholly owned by Jefferson Capital, Inc., a publicly held corporation (NASDAQ: JCAP).

Date: July 14, 2025                     Respectfully submitted,

*/s/ Timothy B. George, Jr., Esq*.
Timothy B. George, Jr., Esq. (96249)
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
Telephone: (502) 625-7308
Facsimile: (502) 589-5436
Email: tgeorge@reminger.com
*Counsel for Defendant,*
*Jefferson Capital Systems, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was filed electronically on July 14, 2025, and a notice of electronic filing will be sent to all counsel of record filing herein.

*/s/ Timothy B. George, Jr., Esq*
Timothy B. George, Jr., Esq.
*Counsel for Defendant,*
*Jefferson Capital Systems, Inc.*