*Electronically Filed*

# IN THE UNTITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| ANNE NEWBOLD, | ) |
| | ) |
| Plaintiff; | ) |
| | ) Case No. 3:25-cv-00002-GNS-CHL |
| v. | ) |
| | ) |
| JEFFERSON CAPITAL SYSTEMS, LLC | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anne Newbold and Defendant Jefferson Capital Systems, LLC hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Jefferson Capital Systems, LLC. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees. This dismissal does and is not intended to affect any other Defendant in this case

HAVE SEEN AND APPROVED:

/s/*Timothy B. George, Jr.*
Timothy B. George, Jr. (96249)
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
(502) 625-7308
tgeorge@reminger.com
-and-
Brian D. Roth (pro hac vice)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd, Suite 2800
Metairie, LA 70002
(504) 828-3700

2

broth@sesssion.legal
*Counsel for Defendant,*
*Jefferson Capital Systems, Inc.*


/s/ *Anthony I. Paronich (with permission)*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

Case 3:25-cv-00002-GNS-CHL    Document 24    Filed 09/24/25    Page 2 of 2 PageID #: 69